384 A.2d 999

Mellon-Stuart Company v. Zeleznik (et al., Appellant).

Argued November 23, 1977. Donald C. Fetzko, for appellant; Donald E. Seymour, with him Kirkpatrick, Lockhart, Johnson & Hutchison, for appellee.

Decree affirmed.